EDWIN A. TOULON, Respondent, *v.* GRACE STEAMSHIP COMPANY, Defendant, and GRACE LINE, INC., Appellant.

(Argued April 26, 1933; decided May 23, 1933.)

*Charles R. Hickox, Vernon S. Jones* and *Raymond Parmer* for appellant.

*Simone N. Gazan* for respondent.

no opinion.

Concur: Pound, Ch. J., Crane, Lehman, Kellogg, O'Brien and Crouch, JJ.   Not sitting: Hubbs, J.